3482.    CENTRAL OIL & FERTILIZER CO. *v.* MATHEWS.

POWELL, J. While there were certain verbal inaccuracies and minor errors in the charge, all of them, when closely considered in the light of the whole record, plainly fall within the category of harmless error. The verdict is consistent with the justice of the case and the preponderance of the evidence.        *Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Garnishment; from city court of Cordele—Judge Whipple presiding. April 18, 1911.

*Mather M. Eakes,* for plaintiff in error. *Crum & Jones,* contra.